Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
302 Washington Street, Suite 321
San Diego, CA 92103
619-866-5975
619-866-5976 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 10-CV-1823-DMS-WVG |
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR ORDER ALLOWING PLAINTIFF LEAVE TO TAKE IMMEDIATE DISCOVERY** |
| vs. | |
| DOES 1-59 | |
| Defendants | |

       Plaintiff Liberty Media Holdings respectfully requests that the Court issue an Order granting leave to take immediate discovery.  Plaintiff could not obtain stipulation for this motion because Plaintiff cannot identify the Doe Defendants until the requested discovery takes place. Plaintiff seeks this order so that it may obtain the identities of certain Doe Defendants from their respective Internet Service Providers.  This Motion is based upon the attached Memorandum of Points and Authorities.

Date: October 22, 2010.

                              s/ Marc Randazza
                              Marc J. Randazza, SBN 269535
                              Randazza Legal Group
                              302 Washington Street, Suite 321
                              San Diego, CA 92103
                              619-866-5975
                              619-866-5976 (fax)
                              MJR@randazza.com