Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
302 Washington Street, Suite 321
San Diego, CA 92103
619-866-5975
619-866-5976 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 10-CV-1823-DMS-WVG |
| Plaintiff, | **NOTICE OF DISMISSAL OF COMPLAINT AS TO DEFENDANT DOE 27** |
| vs. | |
| DOES 1-5, 7-10, 13-42, 44-49, 53-59 | |
| Defendants | |

Plaintiff hereby dismisses Does 27 from the instant Action with prejudice.

Date: November 10, 2010.

s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
302 Washington Street, Suite 321
San Diego, CA 92103
619-866-5975
619-866-5976 (fax)
MJR@randazza.com

1
Notice of Dismissal of Does 27

Notice of dismissal of Doe 27.docx