Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Ave., Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1- 3, 5, DOES 7-9, CARLOS MANCERA (formerly Doe 10), DOE 13, JOHN JOHN (formerly Doe 15), DOE 19, DOES 21-22, DOE 24, HEATHER LEWIS (formerly Doe 25), JOHN RESZKOWSKI (formerly Doe 26); CHRISTIAN CIBOTTI (formerly Doe 30); DOES 32-40; FRED MARTINEZ (formerly Doe 41); ADELINE AUGUSTIN (formerly Doe 54); DOE 55<br><br>Defendants | Case No. 10-CV-1823-DMS-WVG<br><br>**NOTICE OF DISMISSAL OF COMPLAINT AS TO DEFENDANT CHRISTIAN CIBOTTI** |

Plaintiff hereby dismisses Defendant Christian Cibotti from the instant Action with prejudice.

Date: December 30, 2010.

s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Ave., Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

---
1
Notice of Dismissal of Defendant Christian Cibotti