FILED

'11 JAN 25 PM 2: 10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LIBERTY MEDIA HOLDINGS, LLC,

                    Plaintiff,

v.

DOES 1-59,

                    Defendants.

Case No. 10-1823-DMS (WVG)

ORDER GRANTING SECOND
MOTION ALLOWING PLAINTIFF
LEAVE TO TAKE
IMMEDIATE DISCOVERY

(DOC. # 24)

I

## PROCEDURAL BACKGROUND

On September 1, 2010, Plaintiff Liberty Media Holdings, LLC (hereafter "Plaintiff") filed a Complaint against DOES 1-59 (hereafter "Defendants") for Unlawful Access to Stored Communications, in violation of 18 U.S.C. §§ 2701 and 2707 (The Electronic Stored Communications Privacy Act), violation of 18 U.S.C. § 1030 (The Computer Fraud & Abuse Act) and copyright infringement in violation of 17 U.S.C. § 501 (The Copyright Act). Plaintiff does not know the names of the Defendants. However, it has identified the unique Internet Protocol (hereafter "IP") addresses assigned to Defendants and the Internet Service Provider (hereafter "ISP") that provided

1  Defendants with internet access on the dates and times of the

2  allegedly illegal and infringing activity.

3      On January 21, 2011, Plaintiff filed a Second Motion for Order

4  Allowing Plaintiff Leave to Take Immediate Discovery (hereafter

5  "Motion").  The Motion seeks the Court's permission to conduct

6  immediate discovery regarding the identities of Defendants.

7  Specifically, Plaintiff seeks to issue subpoenas to ISP providers and

8  cable operators University of Michigan, Time Warner, RCN Corporation,

9  Manhattan College, Cablevision, BellSouth, BellSouth.net, SBC, Indiana

10 University of Pennsylvania, Road Runner, Comcast, Partners Health Care

11 System and Charter Communications to produce all documents and/or

12 information sufficient to identify the users of the IP addresses

13 during the dates and times listed in Exh. 1 to Plaintiff's Motion, and

14 attached hereto as Exhibit 1.

15     The information requested in the subpoenas is governed by 47

16 U.S.C. § 551, which states in pertinent part:

17     (c) Disclosure of personally identifiable information
       (2) A cable operator may disclose (personally identifiable
18     information concerning any subscriber) if disclosure is - -
       (B)... made pursuant to a court order authorizing such
19     disclosure, if the subscriber is notified of such order by
       the person to whom the order is directed. (emphasis added).
20

21     Accordingly, Plaintiff seeks a court order instructing the above-

22 noted ISPs to produce to Plaintiff all documents and or information

23 sufficient to identify the users of the IP addresses during the dates

24 and times listed in Exh. 1.

25                   II

26               ANALYSIS

27     In accordance with Fed. R. Civ. P. 26(d), discovery does not

28 commence until the parties to an action meet and confer as prescribed

1  by Fed. R. Civ. P. 26(f), unless by court order or agreement of the

2  parties.  A court order permitting early discovery may be appropriate

3  "where  the  need  for  the  discovery,  in  consideration  of  the

4  administration of justice, outweighs the prejudice to the responding

5  party." Semitool, Inc. v. Tokyo Electron America, Inc., 208 F.R.D.

6  273, 276 (N.D. Cal. 2002).

7      At least one district court in the Ninth Circuit has recognized

8  that "(s)ervice of process can pose a special dilemma for plaintiffs

9  in cases... in which the tortious activity occurred entirely on-line.

10 The dilemma arises because the defendant may have used a fictitious

11 name and address in the commission of the tortious acts." Columbia

12 Ins. Co. v. Seescandy.com, 185 F.R.D. 573, 577 (N.D. Cal. 1999).  In

13 Columbia, the court also stated that in light of the conflict between

14 the need to provide injured parties with a forum in which they may

15 seek  redress  for  grievances,  and  the  right  to  use  the  internet

16 anonymously  or  pseudonymously,  a  few  principles  should  apply  to

17 whether discovery to uncover the identity of a defendant is warranted.

18     The court stated:

19     First, the plaintiff should identify the missing party with
       sufficient specificity such that the Court can determine
20     that (the) defendant is a real person or entity that could
       be sued in federal court...
21     Second, the (plaintiff) should identify all previous steps
       taken to locate the elusive defendant...
22     Third,  Plaintiff  should  establish  to  the  Court's
       satisfaction that plaintiff's suit against (the ) defendant
23     could withstand a motion to dismiss... Plaintiff must make
       some showing that an act giving rise to civil liability
24     actually  occurred  and  that  the  discovery  is  aimed  at
       revealing specific identifying features of the person or
25     entity who committed the act.
   Id., at 578-580.
26

27

28

-3-                                        10cv1823

1     The Court agrees with these principles and finds as follows:

2        A. <u>Identification of Defendants With Sufficient Specificity</u>

3     Plaintiff has provided to the Court the unique IP addresses

4     assigned to each Defendant and the ISP and/or cable operator that

5     provided each Defendant with internet access. Further, the requested

6     discovery is necessary for Plaintiff to determine the names and

7     addresses of each Defendant who performed the allegedly illegal and

8     infringing acts. Therefore, Plaintiff has sufficiently identified

9     each Defendant such that the Court can determine if each Defendant is

10    a person or entity that could be sued in federal court.

11        B. <u>Previous Steps Taken to Locate Defendants</u>

12    The only information Plaintiff has regarding the Defendants is

13    their IP addresses and their ISPs and/or cable operators. Therefore,

14    there are no other measures Plaintiff could take to identify the

15    Defendants other than to obtain their identifying information from

16    their ISPs and/or cable operators. Consequently, Plaintiff must serve

17    subpoenas on Defendants' ISPs and/or cable operators to obtain the

18    information it seeks.

19        C. <u>Whether Plaintiff's Action Could Withstand</u>
            <u>a Motion to Dismiss</u>

20           1. <u>Violation of 18 U.S.C. § 2701</u>

21    Plaintiff has demonstrated that its claim for violation of 18

22    U.S.C. § 2701 could withstand a motion to dismiss. 18 U.S.C. § 2701

23    states in pertinent part:

24        ... (W)hoever (1) intentionally accesses without
           authorization a facility through which electronic

25        communication service is provided;... (2) and thereby
           obtains... access to a ... electronic communication while

26        it is in electronic storage... shall be punished...

27    18 U.S.C. § 2701 applies to trespasses in which the trespasser

28    gains access to information which he is not entitled to see.

1  Therapeutic Research Faculty v. NBTY, Inc., 488 F. Supp 2d 991 (E.D.

2  Cal. 2007).

3      18 U.S.C. § 2707 states in pertinent part:

4      ... Any provider of electronic communication service,
   subscriber, or other person aggrieved by any violation of

5      this chapter in which the conduct constituting the
   violation is engaged in with a knowing or intentional state

6      of mind may, in a civil action, recover from the person or
   entity... which engaged in that violation such relief as

7      may be appropriate.

8      Here, Plaintiff's Complaint alleges that Defendants intentionally

9  accessed its web servers, which are facilities where electronic

10 communication services are provided, Defendants had no right to access

11 the copyrighted materials on Plaintiff's website, and Defendants

12 obtained access to these electronic communications while these

13 communications were in electronic storage. Therefore, it appears that

14 Plaintiff has alleged the *prima facie* elements of a violation of 18

15 U.S.C. § 2701. Accordingly 18 U.S.C. § 2707 authorizes Plaintiff's

16 action. As a result, the Court finds that Plaintiff's action in this

17 regard could withstand a motion to dismiss.

18                     2. Violation of 18 U.S.C. § 1030

19     Plaintiff has demonstrated that its claim for violation of 18

20 U.S.C. § 1030 could withstand a motion to dismiss.  18 U.S.C. § 1030

21 states in pertinent part:

22     (a)(2)(C) Whoever... intentionally accesses a computer
   without authorization... and thereby obtains – – ...

23     information from any protected computer if the conduct
   involved an interstate or foreign communication...

24

25     (a)(7)(b) with intent to extort from any... person, any
   money or thing of value transmits in interstate...
   commerce... shall be punished as provided in subsection (c)

26     of this section...

27     (g) Any person who suffers damage or loss by reason of a
   violation of this section may maintain a civil action

28     against the violator to obtain compensatory damages and
   injunctive relief or any other equitable relief.

1    Here, Plaintiff's Complaint alleges that Defendants unlawfully
2    and without authorization entered into its computer server, which was
3    used in interstate commerce, where Plaintiff's copyrighted materials
4    were contained, stole Plaintiff's copyrighted materials, valued in
5    excess of $15,000, and as a result of such conduct, caused Plaintiff
6    to suffer damage.   Based on these facts, §1030(g) authorizes
7    Plaintiff's civil action.   Therefore, it appears that Plaintiff has
8    alleged the *prima facie* elements of a violation of 18 U.S.C. § 1030.
9    As a result, the Court finds that Plaintiff's action in this regard
10   could withstand a motion to dismiss.

11                    3. Copyright Infringement

12   Plaintiff has demonstrated that its claim for copyright
13   infringement could withstand a motion to dismiss.   A plaintiff who
14   claims copyright infringement must allege (1) ownership of a valid
15   copyright, and (2) that the defendant violated the copyright owner's
16   exclusive rights under the Copyright Act, 17 U.S.C. §501(a).[1] Ellison
17   v. Robertson, 357 F.3d 1072, 1076 (9th Cir. 2004).

18   Here, Plaintiff has alleged that it is the owner of the
19   copyrights for certain motion pictures, which were accessed,
20   reproduced, distributed and publicly displayed by Defendants. Also,
21   Plaintiff alleges that Defendants, without authorization,
22   intentionally accessed, reproduced and distributed Plaintiff's
23   copyrighted works onto their local hard drives or other storage
24   devices.   Therefore, it appears that Plaintiff has alleged the *prima
25   facie* elements of copyright infringement.   As a result, the Court

26

27 ──────────────

28   [1]17 U.S.C. §501(a) states in pertinent part:
     Anyone who violates any of the exclusive rights of the copyright owner...
     is an infringer of the copyright of the author...

                                    -6-                          10cv1823

1  finds that Plaintiff's action in this regard could withstand a motion
2  to dismiss.

### III

#### CONCLUSION

5  The Court, having reviewed Plaintiff's Motion for Leave To Take
6  Immediate Discovery, the authorities cited therein, as well as other
7  applicable statutes and law, finds that Plaintiff has satisfied the
8  principles discussed in 47 U.S.C. §551 and <u>Columbia</u>, <u>supra</u>.
9  Therefore, Plaintiff's Motion is GRANTED.

10  Accordingly, it is HEREBY ORDERED:

11  1. Plaintiff may serve subpoenas, pursuant to Fed. R. Civ. P. 45,
12  on University of Michigan, Time Warner, RCN Corporation, Manhattan
13  College, Cablevision, BellSouth, BellSouth.net, SBC, Indiana
14  University of Pennsylvania, Road Runner, Comcast, Partners Health Care
15  System and Charter Communications that seek information sufficient to
16  identify the Defendants, including their names, current addresses,
17  telephone numbers and e-mail addresses, as listed on Exh. 1 to this
18  Order.

19  2. Within seven (7) calendar days after service of the subpoenas,
20  University of Michigan, Time Warner, RCN Corporation, Manhattan
21  College, Cablevision, BellSouth, BellSouth.net, SBC, Indiana
22  University of Pennsylvania, Road Runner, Comcast, Partners Health Care
23  System and Charter Communications shall notify the subscribers that
24  their identities are sought by Plaintiff. Each subscriber whose
25  identity is sought may, within 21 calendar days from the date of such
26  notice, file documents with the Court that contest the subpoena(s).

27  3. Any information disclosed to Plaintiff in response to the
28  subpoenas may be used by Plaintiff solely for the purposes of

1    protecting Plaintiff's rights in pursuing this litigation.

2        4. If University of Michigan, Time Warner, RCN Corporation,

3    Manhattan College, Cablevision, BellSouth, BellSouth.net, SBC, Indiana

4    University of Pennsylvania, Road Runner, Comcast, Partners Health Care

5    System and Charter Communications wish to move to quash the subpoena

6    issued to them, they shall do so before the return date of the

7    subpoena. If such a motion is brought, University of Michigan, Time

8    Warner, RCN Corporation, Manhattan College, Cablevision, BellSouth,

9    BellSouth.net, SBC, Indiana University of Pennsylvania, Road Runner,

10   Comcast, Partners Health Care System and Charter Communications shall

11   preserve the information sought by Plaintiff in the subpoena pending

12   resolution of such motion.

13       5. Plaintiff shall provide a copy of this Order to University of

14   Michigan, Time Warner, RCN Corporation, Manhattan College,

15   Cablevision, BellSouth, BellSouth.net, SBC, Indiana University of

16   Pennsylvania, Road Runner, Comcast, Partners Health Care System and

17   Charter Communications when the subpoenas are served on each of them.

18

19   DATED: January 25, 2011

20

21

22

23                        Hon. William V. Gallo
                          U.S. Magistrate Judge
24

25

26

27

28

                              - 8 -                                10cv1823

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

10cv1823

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 1

10cv1823

| Doe No. | IP Address | ISP | Date of Access | Time of Access (GMT) |
|---|---|---|---|---|
| 1 | 141.213.170.160 | University of Michigan | 4/15/10 | 9:57:17, 9:57:21, 9:57:24, 9:57:23, 9:58:17, 9:57:21, 10:00:01, 10:00:00, 10:00:03, 9:59:55, 9:59:42, 10:00:06, 10:00:05, 10:00:06, 10:00:15, 10:00:18, 10:01:15, 10:02:18, 10:02:25, 10:02:29, 10:02:27, 10:02:38, 10:02:22, 10:02:17, 10:02:39, 10:02:41, 10:02:40, 10:02:35, 10:02:37, 10:01:59, 10:02:41, 10:03:11, 10:04:16, 10:05:16, 10:05:18, 10:03:11, 10:05:58, 10:05:54, 10:05:35, 10:06:10, 10:05:56, 10:06:12, 10:05:43, 10:05:57, 10:05:16, 10:06:11, 10:06:09, 10:06:15, 10:06:16, 10:06:17, 10:06:34, 10:06:37, 10:06:37, 10:07:16, 10:06:39, 10:08:18, 10:07:16, 10:08:16, 10:08:51, 10:09:25, 10:09:24, 10:09:13, 10:07:16, 10:09:32, 10:06:37, 10:09:33, 10:09:35, 10:09:16, 10:07:16, 10:09:30 |
| 2 | 24.24.95.170 | Time Warner | 4/15/10 | 4:37:47, 4:37:56, 4:38:14, 4:38:25, 4:39:31, 4:39:35, 4:40:34, 4:40:42, 4:40:49, 4:40:55, 4:41:08, 4:41:14, 4:41:23, 4:41:30, 4:41:35, 4:41:41, 4:42:02, 4:42:10, 4:42:19, 4:42:37, 4:42:50, 4:43:07, 4:37:47, 4:37:56, 4:38:14, 4:38:25, 4:39:31, 4:39:35, 4:40:34, 4:40:42, 4:40:49, 4:40:55, 4:41:08, 4:41:14, 4:41:23, 4:41:30, 4:41:35, 4:41:41, 4:42:02, 4:42:10, 4:42:19, 4:37:47, 4:37:56, 4:38:14, 4:38:25, 4:39:31, 4:39:35, 4:40:34, 4:40:42, 4:40:49, 4:40:55, 4:41:08, 4:41:14, 4:41:23, 4:41:30, 4:41:35, 4:41:41, 4:42:02, 4:42:10, 4:42:19, |

1

| | | | | |
|---|---|---|---|---|
| | | | | 4:43:25, 4:43:41, 4:43:53, 4:44:07, 4:45:13, 4:45:30, 4:43:25, 4:43:41, 4:43:53, 4:44:07, 4:45:13, 4:45:30, 4:43:25, 4:43:41, 4:43:53, 4:44:07, 4:45:13, 4:45:30, 4:43:25, 4:43:41, 4:43:53, 4:44:07, 4:45:13, 4:45:30, 4:42:37, 4:42:50, 4:43:07, 4:42:37, 4:42:50, 4:43:07, 4:37:47, 4:37:56, 4:38:14, 4:38:25, 4:39:31, 4:39:35, 4:40:34, 4:40:42, 4:40:49, 4:40:55, 4:41:08, 4:41:14, 4:41:23, 4:41:30, 4:41:35, 4:41:41, 4:42:02, 4:42:10, 4:42:19, 4:42:37, 4:42:50, 4:43:07, |
| | | | 4/14/10 | 4:50:03, 4:50:10, 5:01:45, 5:01:55, 5:04:00, 5:04:05, 5:04:16, 5:04:20, 5:04:25, 5:04:49, 5:04:56, 5:05:01, 5:05:05, 5:05:10, 5:05:16, 5:09:26, 5:10:11, 5:10:23, 5:11:15, 5:11:27, 5:11:34, 5:12:07, 5:12:14, 5:13:04, 5:13:10, 5:13:48, 5:14:40, 5:14:46, 5:14:53, 5:15:14, 5:15:22, 5:15:26, 5:15:45, 5:15:52, 5:15:59, 5:16:03, 5:16:09, 4:45:45, 4:48:44, 4:48:49, 4:45:45, |
| 3 | 207.237.56.190 | RCN Corp. | 4/8/10 | 14:12:23, 14:12:24, 14:16:13 14:17:20, 14:16:57, 14:16:17, 14:16:13, 14:17:06, 14:17:33, 14:17:31, 14:17:34, 14:17:30, 14:12:23, 14:12:24, 14:17:31 |
| | | | 4/12/10 | 18:24:19, 18:26:12, 18:27:12, 18:27:59, 18:28:13,18:24:16, 18:28:22, 18:28:18, 18:28:27, 18:28:28, 18:28:26 |
| | | | 4/13/10 | 0:34:07, 0:34:10, 0:34:26, 0:34:19, 0:34:45, 0:34:40, |

| | | | | |
|---|---|---|---|---|
| | | | | 0:34:36, 0:34:43, 0:35:24, 0:35:45, 0:35:47, 0:35:26, 0:35:49, 0:36:26, 0:35:46, 0:35:46, 0:36:24, 0:36:29, 0:37:27, 0:37:25, 0:37:27, 0:36:29, 0:38:35, 0:38:23, 0:36:26, 0:37:25, 0:38:29, 0:38:27, 0:38:37, 0:38:25, 0:38:28, 0:38:23, 0:38:59, 0:38:50, 0:34:52, 0:38:01, 0:38:57, 0:39:13, 0:34:58, 0:39:47, 0:39:56, 0:39:57, 0:39:26, 0:40:03, 0:39:26, 0:40:17, 0:40:15, 0:40:18, 0:40:14, 0:40:18, 0:40:20, 0:38:01, 0:40:24, 0:38:27, 0:38:35, 0:39:54, 0:42:26, 0:40:54, 0:39:26, 0:42:06, 0:41:21, 0:41:39, 0:42:39, 0:41:24, 0:42:49, 0:42:54, 0:42:25, 0:43:02, 0:43:05, 0:40:29, 0:42:58, 0:43:06, 0:43:05, 0:43:09, 0:43:10, 0:43:01, 0:43:10, 0:41:29, 0:42:59, 0:42:56, 0:43:06, 0:43:11, 0:43:13, 0:43:10, 0:43:14, 0:43:04, 0:42:59, 0:43:10, 0:42:56, 0:43:06 |
| | | | 4/15/10 | 5:23:13, 5:22:13, 5:21:22, 5:24:29, 5:25:05, 5:24:14, 5:25:13, 5:24:38, 5:25:19, 5:25:18, 5:25:14, 5:25:09, 5:25:18, 5:25:20, 21:57:07, 21:57:11, 21:57:10, 21:58:12, 21:57:14, 22:00:13, 21:57:11, 22:01:19, 22:01:28, 22:01:32, 22:01:35, 22:01:33, 22:01:37, 22:00:13, 22:01:36, 22:01:12, 5:21:19, 5:21:22, 5:21:21, 5:22:13, 5:23:13, 5:24:29, 5:25:05, 5:24:14, 5:25:13, 5:24:38, 5:25:19, 5:25:18, 5:25:09, 5:25:18, 5:25:20, 21:57:07, 21:57:11, 21:57:10, 21:58:12, 21:57:14, 22:00:13, |

| | | | | 21:57:11, 22:01:19, 22:01:28, 22:01:32, 22:01:35, 22:01:33, 22:01:37, 22:00:13, 22:01:36, 22:01:12 |
|---|---|---|---|---|
| 5 | 149.61.136.214 | Manhattan College | 4/12/10 | 12:46:07, 12:46:09, 12:46:19, 12:46:21, 12:46:54 |
| | | | 4/13/10 | 4:47:50, 4:48:20, 4:48:27, 4:48:49, 4:48:57, 4:49:46, 4:50:14, 4:51:12, 4:51:41, 4:51:53, 4:52:01, 4:52:07, 4:52:58, 4:52:59, 4:53:06, 4:53:10, 4:53:14, 4:53:18, 4:53:22, 4:54:20, 4:55:55 |
| | | | 4/14/10 | 1:40:42, 1:40:56, 1:42:22, 1:42:47, 1:42:56, 1:46:36, 1:47:05, 1:47:13, 1:47:37, 1:47:55, 2:12:28, 2:12:31, 2:12:36, 2:12:40, 2:13:21, 3:55:46, 3:55:56, 3:56:01, 3:56:07, 3:56:16, 3:56:23, 3:56:28, 3:56:48, 3:56:53, 3:56:59 |
| | | | 4/15/10 | 12:35:05, 12:35:18, 12:35:34, 12:36:33, 12:36:47, 12:37:05, 12:37:11, 12:37:19, 12:34:41 |
| 7 | 24.184.108.61 | Cablevision | 4/14/10 | 16:05:57, 16:06:10 |
| | | | 4/7/10 | 15:50:22, 15:50:36 |
| | | | 4/8/10 | 18:35:54 |
| | | | 4/12/10 | 15:00:57, 15:01:12, 15:02:17, 15:03:30, 15:02:29 |
| | | | 4/13/10 | 16:18:33, 16:18:44 |
| 8 | 74.167.111.167 | BellSouth | 4/14/10 | 0:31:42, 0:33:42, 0:33:44, 0:34:32, 0:34:37, 0:13:11, 0:13:57, 0:14:44, 15:18:24, 15:19:05, 15:19:10, 15:22:48, 15:22:55, 15:23:34, 15:24:27, 15:25:45, 15:25:51, 17:15:08, 17:17:2, 0:35:21, 0:36:21, 0:37:13, 0:35:21, 0:36:21, |

| | | | | |
|---|---|---|---|---|
| | | | | 0:37:13, 0:15:11, 0:16:23, 0:16:24, 0:16:27, 0:17:09, 0:17:20, 0:17:28, 0:17:35, 0:17:39, 0:38:10, 0:44:36, 0:45:12, 0:48:04, 15:29:46, 15:30:44, 15:30:46, 15:31:34, 15:32:18, 15:32:31, 0:15:11, 0:16:23, 0:16:24, 0:16:27, 0:17:09, 0:17:20, 0:17:28, 0:17:35, 0:17:39, 0:38:10, 0:44:36, 0:45:12, 0:48:04, 15:29:46, 15:30:44, 15:30:46, 15:31:34, 15:32:18, 15:32:31, 19:54:10, 19:54:46, 19:54:47, 19:55:11, 19:55:12, 0:13:11, 0:13:57, 0:14:44, 0:20:06, 0:20:51, 0:20:59, 0:24:26, 0:25:29, 0:26:00, 0:20:06, 0:20:51, 0:20:59, 0:24:26, 0:25:29, 0:26:00, 0:27:19, 0:28:18, 0:29:19, 0:29:27, 0:30:16, 15:26:41, 15:27:41, 15:27:44, 15:28:43, 15:28:45, 0:30:16, 15:26:41, 15:27:41, 15:27:44, 15:28:43, 15:28:45, 23:57:32, 0:03:48, 0:05:26, 0:09:13, 0:09:23, 0:10:43, 0:49:10, 0:50:17, 0:51:01, 0:51:08, 0:51:43, 0:52:26, 0:53:08, 15:09:21, 15:10:01, 15:11:49, 15:11:55, 15:12:26, 15:12:50, 15:12:56, 15:13:47, 15:13:55, 15:14:09, 15:14:44, 15:14:50, 15:15:54, 17:06:11, 17:07:16, 17:07:17, 17:07:52, 17:11:36, 17:11:44, 17:12:02, 17:13:15, 19:56:25, 19:57:23, 19:57:26, 19:58:13, 20:00:34, 20:02:11, 23:57:32, 0:03:48, 0:05:26, 0:09:13, 0:09:23, 0:10:43, 0:49:10, 0:50:17, 0:51:01, 0:51:08, 0:51:43, 0:52:26, 0:53:08, 15:09:21, 15:10:01, 15:11:49, 15:11:55, 15:12:26, 15:12:50, 15:12:56, 15:13:47, 15:13:55, 15:14:09, |

| | | | | |
|---|---|---|---|---|
| | | | | 15:14:44, 15:14:50, 15:15:54, 17:06:11, 17:07:16, 17:07:17, 17:07:52, 17:11:36, 17:11:44, 17:12:02, 17:13:15, 19:56:25, 19:57:23, 19:57:26, 19:58:13, 20:00:34, 20:02:11, 0:27:19, 0:28:18, 0:29:19, 0:29:27, 19:54:10, 19:54:46, 19:54:47, 19:55:11, 19:55:12, 15:18:24, 15:19:05, 15:19:10, 15:22:48, 15:22:55, 15:23:34, 15:24:27, 15:25:45, 15:25:51, 17:15:08, 17:17:25, 20:33:58, 20:34:04, 20:34:32, 20:36:34, 20:37:07, 20:37:54, 20:37:59, 20:41:27, 20:41:43, 20:32:10, 20:33:05, 20:32:10 20:33:05, 20:28:58, 20:29:45, 20:29:49, 20:29:55, 20:30:52, 20:31:38, 20:28:58, 20:29:45, 20:29:49, 20:29:55, 20:30:52, 20:31:38, 20:33:58, 20:34:04, 20:34:32, 20:36:34, 20:37:07, 20:37:54, 20:37:59, 20:41:27, 20:41:43 |
| | | | 4/13/10 | 23:55:48, 23:56:28, 23:56:48, 23:56:55, 23:56:58, 23:57:18, 6:42:01, 6:42:44, 6:43:25, 6:43:28, 23:45:01, 23:49:22, 23:52:47, 23:53:21, 23:54:29 |
| 9 | 76.186.105.143 | Time Warner | 4/7/10 | 22:12:13, 22:12:10, 22:12:13, 22:12:09, 22:12:46, 22:12:44, 22:12:54, 22:13:03, 22:13:05, 22:13:12, 22:13:22, 22:13:21, 22:13:29, 22:13:30, 22:13:45, 22:13:38, 22:13:45, 22:13:52, 22:13:55, 22:14:08, 22:14:06, 22:14:29, 22:14:15, 22:14:30, 22:15:01, 22:15:00, 22:15:02, 22:15:12, 22:15:22, 22:15:33, 22:15:35, 22:15:45, 22:15:56, 22:15:52, 22:16:02, 22:16:05, 22:16:36, 22:16:34, 22:16:16, 22:17:11, 22:17:14, 22:17:12, 22:17:17, 22:17:14, 22:12:10, 22:12:13, 22:12:09, 22:12:46, |

6

| | | | | |
|---|---|---|---|---|
| | | | | 22:12:44, 22:12:46, 22:12:54, 22:13:03, 22:13:05 |
| | | | 4/8/10 | 19:54:25, 19:54:25, 19:54:25, 19:54:25, 19:54:49, 19:54:48, 19:55:01, 19:54:54, 19:55:02, 19:54:53, 19:55:07, 19:55:15, 19:55:20, 19:55:20, 19:55:27, 19:55:29, 19:55:33, 19:55:43, 19:55:36, 19:55:48, 19:55:55, 19:55:51, 19:55:56, 19:56:03, 19:56:08, 19:56:14, 19:56:10, 19:56:16, 19:56:17, 19:56:29, 19:56:28, 19:56:29, 19:56:36, 19:56:42, 19:56:44, 19:56:55, 19:57:06, 19:56:55, 19:57:16, 19:57:15, 19:57:10, 19:57:19, 19:57:24, 19:57:32, 19:57:32, 19:57:33, 19:57:49, 19:57:49, 19:57:41, 19:57:51, 19:58:06, 19:58:06, 19:57:59, 19:58:06, 19:58:19, 19:58:12, 19:58:19, 19:58:25, 19:58:26, 19:58:32, 19:58:33, 19:58:38, 19:58:44, 19:58:46, 19:58:52, 19:58:52, 19:58:58, 19:59:03, 19:59:06, 19:59:00, 19:59:07, 19:59:06, 19:59:08, 19:59:08, 19:59:07 |
| | | | 4/12/10 | 20:07:29, 20:07:28, 20:07:29, 20:08:40, 20:08:57, 20:09:32, 20:09:32, 20:09:32, 20:09:35, 20:10:20, 20:10:14, 20:10:22, 20:11:02, 20:11:12, 20:11:54, 20:12:00, 20:11:53, 20:14:07, 20:14:17, 20:14:26, 20:14:28, 20:14:30, 20:14:17, 20:14:30, 20:18:07, 20:18:50, 20:18:30, 20:18:51, 20:19:13, 20:19:19, 20:19:21, 20:19:42, 20:19:43, 20:19:44, 20:20:01, 20:20:07, 20:20:18, 20:20:07, 20:20:08, 20:20:38, 20:20:30, 20:20:48, 20:20:38, 20:20:55, 20:21:11, 20:20:59, 20:20:54, 20:21:12, 20:21:13, 20:21:32, 20:21:31, |

| | | | | |
|---|---|---|---|---|
| | | | | 20:21:47, ,20:21:49, 20:21:33 20:21:50, 20:21:59, 20:22:14, 20:22:09, 20:22:14, 20:22:23, 20:22:42, 20:22:24, 20:22:32, 20:22:41, 20:23:04, 20:23:04, 20:22:43, 20:23:05, 20:23:07, 20:23:25, 20:23:26, 20:23:25, 20:23:47, 20:23:48, 20:24:05, 20:24:04, 20:23:49, 20:24:06, 20:24:11, 20:24:23, 20:24:32, 20:24:34, 20:24:39, 20:24:46, 20:24:49, 20:24:56, 20:24:55, 20:25:04, 20:25:06, 20:25:24, 20:25:23, 20:25:14, 20:25:24, 20:25:33, 20:25:49, 20:26:01, 20:26:11, 20:26:31, 20:26:11, 20:26:13, 20:26:29, 20:26:33, 20:26:30 |
| | | | 4/14/10 | 21:43:10, 21:50:24, 21:50:05, 21:50:25, 21:50:32, 21:50:41, 21:50:42, 21:50:35, 21:50:50, 21:50:51, 21:50:54, 21:51:11, 21:51:14, 21:51:04, 21:51:03, 21:51:24, 21:51:31, 21:51:32, 21:51:47, 21:51:44, 21:51:51, 21:52:03, 21:52:11, 21:52:13, 21:52:14, 21:52:25, 21:52:33, 21:52:48, 21:53:00, 21:52:55, 21:52:46, 21:53:01, 21:53:19, 21:53:18, 21:53:08, 21:53:20 |
| 13 | 76.254.8.174 | SBC | 4/15/10 | 4:16:31, 4:05:43, 4:05:50, 4:07:15, 4:07:22, 4:08:27, 4:10:26, 4:10:43, 4:11:24, 4:13:02, 4:13:11, 4:13:32, 4:13:48, 4:13:58, 4:14:06, 4:14:16, 4:05:43, 4:05:50, 4:07:15, 4:07:22, 4:08:27, 4:10:26, 4:10:43, 4:11:24, 4:13:02, 4:13:11, 4:13:32, 4:13:48, 4:13:58, 4:14:06, 4:14:16 |
| 19 | 144.80.133.123 | Indiana University of Pennsylvania | | 21:04:50, 21:05:41, 21:05:53, 21:06:32, 21:06:41, 21:06:47, 21:06:52, 21:08:02, 21:08:10, 21:08:16, 21:10:36, 21:10:45, |

| | | | | 21:10:52, 21:10:58, 21:11:05, 21:11:12, 21:12:15, 21:12:22, 21:13:05, 21:13:24, 21:13:34, 21:13:46, 21:13:52, 21:14:02, 21:14:10, 21:14:17, 21:14:24, 21:15:09, 21:16:03, 21:16:07, 21:16:45, 21:17:16, 21:17:30, 21:17:37, 21:17:51, 21:17:58 |
|---|---|---|---|---|
| 21 | 76.84.200.40 | Comcast | 4/7/10 | 9:44:48, 9:50:33, 9:50:38, 9:51:25 |
| | | | 4/8/10 | 3:49:47, 3:49:57, 3:52:20, 3:52:26, 3:52:33, 3:52:38, 3:52:47, 3:52:55, 3:53:03, 3:55:31, 3:52:20, 3:52:26, 3:52:33, 3:52:38, 3:52:55, 3:53:03, 3:55:31, 3:50:02, 3:50:07, 3:50:20 3:50:28, 3:51:28, 3:51:34, 3:51:57, 3:52:03, 3:52:10, 3:50:02, 3:50:07, 3:50:20, 3:50:28, 3:51:28, 3:51:34, 3:51:57, 3:52:03, 3:52:10, 3:49:54, 3:49:54, 3:49:19, 3:49:23, 3:49:27, 3:49:30, 3:49:38, 3:49:19, 3:49:23, 3:49:27, 3:49:30, 3:49:38, 13:43:17, 13:43:25, 13:43:31, 13:43:40, 13:46:56, 13:52:23, 13:52:23, 13:43:17, 13:43:25, 13:43:31, 13:43:40, 13:46:56 |
| | | | 4/9/10 | 7:45:33, 7:50:28, 7:50:34, 7:50:52, 7:45:36, 7:50:56, 7:51:23, 7:51:26, 7:51:40, 7:51:58, 7:45:36, 7:50:56, 7:51:23, 7:51:26, 7:51:40, 7:51:58, 7:50:13, 7:50:18, 7:50:13, 7:50:18, 7:38:50, 7:50:41, 7:31:18, 7:31:25, 7:31:31, 7:31:36, 7:31:43, 7:31:48, 7:32:52, 7:32:58, 7:33:13, 7:33:20, 7:33:48, 7:33:54, 7:45:26, 7:50:22, 7:50:38, 7:38:50, 7:50:41, 7:34:08, 7:34:13, 7:34:18, |

| | | | | 7:34:30, 7:34:38, 7:34:44, 7:35:08, 7:37:22, 7:37:28, 7:38:40, 7:38:47, 7:38:57 7:39:03, 7:39:08, 7:39:14, 7:39:19, 7:39:34, 7:39:42, 7:39:50, 7:39:57, 7:40:05, 7:40:11, 7:40:16, 7:40:22, 7:40:29, 7:40:35, 7:34:08, 7:34:13, 7:34:18, 7:34:30, 7:34:38, 7:34:44, 7:35:08, 7:37:22, 7:37:28 7:38:40, 7:38:47, 7:38:57, 7:39:03, 7:39:08, 7:39:14, 7:39:19, 7:39:34, 7:39:42, 7:39:50, 7:39:57, 7:40:05, 7:40:11, 7:40:16, 7:40:22, 7:40:29, 7:40:35, 7:34:04, 7:38:43, 7:38:53, 7:45:39, 7:45:49, 7:45:57, 7:46:04, 7:46:11, 7:46:16, 7:48:20, 7:48:25, 7:48:30, 7:48:36, 7:49:04, 7:49:05, 7:49:14, 7:49:55, 7:50:01, 7:50:07, 7:50:46, 7:34:04, 7:38:43, 7:38:53, 7:45:39, 7:45:49, 7:45:57, 7:46:04, 7:46:11, 7:46:16, 7:48:20, 7:48:25, 7:48:30, 7:48:36, 7:49:04, 7:49:05, 7:49:14, 7:49:55, 7:50:01, 7:50:07, 7:50:46, 7:45:33, 7:50:28, 7:50:34, 7:50:52, 7:31:18, 7:31:25, 7:31:31, 7:31:36, 7:31:43, 7:31:48, 7:32:52, 7:32:58, 7:33:13, 7:33:20, 7:33:48, 7:33:54, 7:45:26, 7:50:22, 7:50:38 |
| | | | 4/15/10 | 9:46:11 |
| | | | 4/16/10 | 3:44:29, 3:44:39, 3:45:20, 3:46:06, 3:46:57, 3:43:47, 3:43:53, 3:44:03, 3:44:09, 3:48:19 |
| 22 | 24.228.21.211 | Cablevision | 4/7/10 | 4:15:58, 4:16:14, 4:16:18, 4:16:39, 4:16:44, 4:16:51, 4:16:55, 4:16:59, 4:17:04, |

| | | | | |
|---|---|---|---|---|
| | | | | 4:17:09, 4:17:15, 4:17:21, 4:17:26, 4:17:36, 4:17:39, 4:17:46, 4:17:51, 4:17:55, 4:18:00, 4:18:04, 4:18:17, 4:18:19, 4:18:27, 4:19:16, 4:19:20, 4:21:21, 4:21:26, 4:21:31, 4:21:37, 4:21:41, 4:21:46, 4:21:53, 4:21:58, 4:22:07, 4:22:38, 4:22:40, 4:22:48, 4:22:51, 4:22:54, 4:22:59, 4:23:03, 4:23:18, 4:23:21, 4:23:29, 4:23:34, 4:23:39, 4:23:45, 4:24:08, 4:24:15, 4:24:28, 4:24:47, 4:26:42, 4:27:08, 4:28:02, 4:28:06, 4:28:34, 4:28:38, 4:28:42, 4:28:48, 4:28:54, 4:28:59, 4:30:50, 4:30:54, 4:30:59, 4:31:12, 4:35:07, 4:35:24, 4:35:38, 4:35:41, 4:35:45, 4:35:49, 4:35:52, 4:35:54, 4:35:57 |
| | | | 4/14/10 | 5:31:04, 5:31:20, 5:31:30, 5:31:40, 5:31:48, 5:31:58, 5:32:10, 5:32:27, 5:32:38, 5:32:56, 5:44:30, 5:44:32, 5:44:45, 5:44:53, 5:45:05, 5:45:50, 5:46:46, 5:46:59, 5:47:08, 23:45:52, 23:46:04, 23:46:16, 23:46:19, 23:46:36, 23:46:40, 23:47:01, 23:47:25, 23:47:28, 23:47:30, 23:47:33 |
| 24 | 67.84.117.149 | Cablevision | 4/7/10 | 6:22:04 |
| | | | 4/8/10 | 17:25:11, 17:26:36, 17:27:10, 17:28:49, 17:32:35, 17:32:42, 17:35:37 |
| | | | 4/9/10 | 5:07:47, 5:09:33, 5:38:32, 5:38:35, 5:38:42, 5:38:51, 5:39:15, 5:39:22 |
| | | | 4/12/10 | 11:30:16, 11:30:25, 11:30:36, 11:30:59, 11:31:23, 11:33:24, 11:34:30, 11:34:34, 11:35:55, |

|    |                 |                                 |         | 11:36:09, 11:37:09 |
|----|-----------------|---------------------------------|---------|--------------------|
|    |                 |                                 | 4/15/10 | 4:52:21, 4:58:46, 4:59:21, 4:59:40, 5:01:44, 5:03:00, 5:03:40 |
| 32 | 170.223.131.151 | Partners Healthcare System      | 4/15/10 | 23:19:02, 23:19:08, 23:19:14 |
|    |                 |                                 | 4/7/10  | 19:42:58, 19:42:57, 19:54:32, 19:55:23, 19:54:40 |
|    |                 |                                 | 4/8/10  | 12:18:18 |
|    |                 |                                 | 4/9/10  | 22:43:43, 22:44:08, 22:44:13, 22:43:47, 22:43:47, 22:53:19, 22:53:23 |
|    |                 |                                 | 4/12/10 | 17:27:20, 17:27:28, 17:27:34, 17:27:39 |
|    |                 |                                 | 4/13/10 | 22:07:12, 22:07:11, 22:07:11, 22:16:42, 22:16:47, 22:17:17, 22:17:21 |
|    |                 |                                 | 4/14/10 | 23:19:02, 23:19:08, 23:19:14 |
| 33 | 74.248.126.187  | BellSouth                       | 4/14/10 | 19:55:21, 20:07:45, 20:19:32, 20:20:23, 20:21:13, 20:22:08, 20:22:00, 20:17:11, 20:23:33, 20:24:22, 20:17:11, 20:23:33, 20:24:22, 19:57:44, 19:58:09, 19:59:04, 19:59:32, 19:59:56, 20:02:56, 20:03:54, 20:05:11, 20:05:56, 19:57:44, 19:58:09, 19:59:04, 19:59:32, 19:59:56, 20:02:56, 20:03:54, 20:05:11, 20:05:56, 19:55:21, 20:07:45, 20:19:32, 20:20:23, 20:21:13, 20:22:08, 20:22:00 |
| 34 | 74.248.120.3    | BellSouth                       | 4/14/10 | 20:32:47, 20:33:28, 20:33:49, 20:34:06, 20:34:59, 20:37:11, 20:37:27, 20:37:52, 20:38:07, 20:38:22, 20:32:47, 20:33:28, 20:33:49, 20:34:06, 20:34:59, 20:37:11, 20:37:27, 20:37:52, 20:38:07, 20:38:22, 20:27:23, 20:29:34, 20:30:49, 20:31:07, 20:27:23, 20:29:34, 20:30:49, |

| | | | | 20:31:07 |
|---|---|---|---|---|
| 35 | 74.248.119.190 | BellSouth.net | 4/14/10 | 19:23:19, 19:24:15, 19:23:19, 19:24:15, 19:03:52, 19:04:41, 19:05:26, 19:05:41, 19:05:54, 19:06:40, 19:08:35, 19:08:49, 19:32:15, 19:32:53, 19:44:29, 19:45:18, 19:45:40, 9:45:49, 19:44:29, 19:45:18, 19:45:40, 19:45:49, 19:03:52, 19:04:41, 19:05:26, 19:05:41, 19:05:54, 19:06:40, 19:08:35, 19:08:49, 19:32:15, 19:32:53 |
| 37 | 66.8.232.208 | Road Runner | 4/10/10 | 10:32:59, 10:33:06, 10:33:17, 10:32:59, 10:33:06, 10:33:17, 10:33:28, 10:34:45, 10:34:56, 10:35:44, 10:35:50, 10:35:55, 10:36:04, 10:37:18, 10:37:50, 10:33:28, 10:34:45, 10:34:56, 10:35:44, 10:35:50, 10:35:55, 10:36:04, 10:37:18, 10:37:50 |
| | | | 4/11/10 | 21:10:31, 21:10:38, 21:11:11, 21:12:37, 3:05:21, 3:09:20, 3:10:38, 3:11:52 3:15:27, 3:18:02, 3:18:06, 3:18:37, 3:19:16, 3:20:21, 3:20:28, 3:20:34, 3:05:21, 3:09:20, 3:10:38, 3:11:52, 3:15:27, 3:18:02, 3:18:06, 3:18:37, 3:19:16, 3:20:21, 3:20:28, 3:20:34, 20:58:03, 20:58:58, 20:59:52, 21:00:01, 21:01:06, 21:02:29, 21:02:49, 20:58:03, 20:58:58, 20:59:52, 21:00:01, 21:01:06, 21:02:29, 21:02:49, 21:10:31, 21:10:38, 21:11:11, 21:12:37 |
| | | | 4/14/10 | 8:50:35, 8:50:36, 8:52:54, 8:52:58, 8:53:16, 8:53:41, 8:53:59, 8:54:18, 8:54:23, 8:54:29, 8:55:20, 8:55:33, 8:50:35, 8:50:36, 8:52:54, 8:52:58, 8:53:16, 8:53:41, 8:53:59, 8:54:18, 8:54:23, 8:54:29, 8:55:20, 8:55:33, |

| | | | | |
|---|---|---|---|---|
| | | | | 8:50:52, 8:50:52, 8:50:52, 8:50:52 |
| 38 | 70.119.122.0 | Road Runner | 4/15/10 | 16:07:31, 16:07:42, 16:08:00, 16:08:12, 16:08:44, 16:08:55, 16:02:56, 16:05:16, 16:06:03, 16:02:56, 16:05:16, 16:06:03, 16:04:06, 16:06:31 16:06:43, 16:06:58, 16:07:06, 16:04:06, 16:06:31, 16:06:43, 16:06:58, 16:07:06 |
| 39 | 74.176.99.73 | BellSouth | 4/14/10 | 21:46:16, 21:52:53, 21:52:58 |
| | | | 4/13/10 | 21:21:33, 21:21:38, 21:24:03, 21:29:01, 21:29:04, 21:29:13, 21:29:34, 21:29:44, 21:31:52, 21:32:42, 21:33:09, 21:33:22, 21:33:37, 21:33:48, 21:33:59, 21:34:08, 21:36:33, 23:31:03, 23:31:08, 23:32:19, 23:34:13, 21:21:33, 21:21:38, 21:24:03, 21:29:01, 21:29:04, 21:29:13, 21:29:34, 21:29:44, 21:31:52, 21:32:42, 21:33:09, 21:33:22 21:33:37, 21:33:48, 21:33:59, 21:34:08, 21:36:33, 23:31:03 23:31:08, 23:32:19, 23:34:13, 21:20:49, 21:21:06, 23:31:58, 23:32:05, 23:32:32, 23:32:48, 23:33:31, 23:33:41, 23:33:57, 23:34:01, 23:34:09, 23:34:17, 23:31:58, 23:32:05, 23:32:32, 23:32:48, 23:33:31, 23:33:41, 23:33:57, 23:34:01, 23:34:09, 23:34:17, 21:20:49, 21:21:06, 3:54:54, 3:55:01, 3:55:15, 3:55:21, 3:55:58, 3:56:44, 4:04:30, 4:04:33, 4:05:32, 4:05:42, 4:07:02, 4:07:08, 4:07:42, 3:54:54, 3:55:01, 3:55:15, 3:55:21, 3:55:58, 3:56:44, 4:04:30, 4:04:33, 4:05:32, 4:05:42, 4:07:02, 4:07:08, 4:07:42, 3:54:54, 3:55:01, 3:55:15, 3:55:21, 3:55:58, 3:56:44, 4:04:30, 4:04:33, 4:05:32, 4:05:42, |

14

| | | | | |
|---|---|---|---|---|
| | | | | 4:07:02, 4:07:08, 4:07:42, 17:34:17, 17:34:42, 17:34:47, 17:35:02, 17:35:31 ,17:52:39 17:52:55, 17:53:54 ,17:54:09 3:54:54, 3:55:01 ,3:55:15, 3:55:21, 3:55:58, 3:56:44, 4:04:30, 4:04:33, 4:05:32, 4:05:42, 4:07:02, 4:07:08, 4:07:42, 17:34:17, 17:34:42, 17:34:47 17:35:02, 17:35:31, 17:52:39, 17:52:55, 17:53:54 17:54:09, 21:46:16, 21:52:53, 21:52:58 |
| | | | 4/12/10 | 20:42:28, 20:43:39, 20:43:58, 20:44:44, 20:45:24, 20:45:46, 20:46:35, 20:46:41, 20:47:05, 20:47:13, 20:48:28, 20:48:42, 20:50:05, 20:42:28, 20:43:39, 20:43:58, 20:44:44, 20:45:24, 20:45:46, 20:46:35, 20:46:41, 20:47:05, 20:47:13, 20:48:28, 20:48:42, 20:50:05 |
| | | | 4/16/10 | 4:11:36 |
| 40 | 68.202.230.99 | Road Runner | 4/7/10 | 0:54:08, 0:57:52, 2:44:54 |
| | | | 4/15/10 | 1:42:09 |
| 55 | 96.32.141.135 | Charter Communications | 4/7/10 | 22:00:21, 22:08:41, 22:01:08, 22:08:36, 22:01:08, 22:08:36 |
| | | | 4/14/10 | 2:22:06 |