

FILED

2/11/11

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY LO                                      DEPUTY

Liberty Media Holdings, LLC                         10cv1823-DMS-WVG

-v-

Does

# DOCUMENT STRICKEN per ORDER
# (See docket entry #33)

**27-Defendant Heather Lewis' Notice of Motion and Motion to Dismiss pursuant to FRCP 12(B)(2),(3),(5) & (6); or in the alternative Motion to sever claims against Ms. Lewis and transfer venue**

**27**