Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| LIBERTY MEDIA HOLDINGS, LLC, | Case No. 10-CV-1823-DMS-WVG |
|---|---|
| Plaintiff, | DECLARATION OF MARC J. RANDAZZA IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DEFENDANT HEATHER LEWIS' MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO SEVER CLAIMS AGAINST MS. LEWIS AND TRANSFER VENUE |
| vs. | |
| DOES 1- 3, 5, DOES 7-9, CARLOS MANCERA (formerly Doe 10), DOE 13, JOHN JOHN (formerly Doe 15), DOE 19, DOES 21-22, DOE 24, HEATHER LEWIS (formerly Doe 25); DOES 32-40; FRED MARTINEZ (formerly Doe 41); ADELINE AUGUSTIN (formerly Doe 54); DOE 55, | Date: March 18, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 10 |
| Defendants | |

I, Marc J. Randazza, declare under penalty of perjury:

1. I am the attorney for Plaintiff Liberty Media Holdings.

2. Approximately three weeks ago I spoke with Heather Lewis over the phone, and she informed me that she was going to have her documents in this case ghostwritten.

3. I told her that such practice was unethical.

4. I spoke with Ms. Lewis on February 15, 2011, and when I questioned her as to who wrote the documents, she stated, "I do not know who wrote up the papers."

5. When I asked her how she came to be in possession of fully drafted legal documents, she told me that, "They came from an anonymous post office box address."

1

6. I informed Ms. Lewis that I did not believe her.

7. I contacted the paralegal at a law firm whose email address was used to deliver the motion papers me on February 10, 2011.

8. The paralegal told me that she would call me back in about 30 minutes.

9. Thirty minutes later, an attorney called me and confessed that he had ghostwritten the documents.

10. The attorney and I discussed the ethics of this practice, and he claimed he was under the belief that such acts were ethical.

11. Although I believe that this attorney's opinion was incorrect, I believe that he had a good-faith belief that his actions were ethical and permissible.

Signed this 16th day of February 2011 in San Diego, California.

s/ Marc Randazza
Marc Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

**CERTIFICATE OF SERVICE**

The undersigned does certify that the foregoing document was filed using the Court's CM/ECF system on February 16, 2011.  Plaintiff served Heather Lewis personally via email, and her attorney via email.  Plaintiff served the other named defendants via U.S. Mail.  As Plaintiff is unable to identify the remaining Doe Defendants, Plaintiff is unable to serve them.

> s/ Marc Randazza
> Marc J. Randazza, Esq., SBN 269535
> Randazza Legal Group
> 3969 Fourth Avenue, Suite 204
> San Diego, CA 92103
> 888-667-1113
> 305-437-7662 fax
> mjr@randazza.com