Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

|  |  |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 10-CV-1823 |
| Plaintiff, | JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF LIBERTY MEDIA HOLDINGS AND DEFENDANT JOHN RESZKOWSKI AND DISMISSAL OF JOHN RESZKOWSKI ONLY |
| vs. | |
| DOES 1- 3, 5, DOES 7-9, CARLOS MANCERA (formerly Doe 10), DOE 13, JOHN JOHN (formerly Doe 15), DOE 19, DOES 21-22, DOE 24, HEATHER LEWIS (formerly Doe 25),; DOES 32-40; FRED MARTINEZ (formerly Doe 41); ADELINE AUGUSTIN (formerly Doe 54); DOE 55, | |
| Defendants | |

1.      Plaintiff, Liberty Media Holdings ("Liberty" or "Plaintiff") and Defendant John Reszkowski have reached a settlement of all claims in the instant action.

2.      Pursuant to the Parties settlement agreement and Federal Rules of Civil Procedure 41(a), the Parties hereby stipulate to the dismissal with prejudice of the Defendant John Reskowski only. The Case shall continue with respect to all other Defendants in the action.

Dated: February 15, 2011

s/ Marc Randazza
Marc Randazza, SBN 269535
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113, 305-437-7662 (fax)
MJR@randazza.com

Dated: 2-18-2011

John Reszkowski, Defendant

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned does certify that the foregoing document was filed using the Court's CM/ECF system on February 23, 2011.  Plaintiff served the named defendants via U.S. Mail.  As Plaintiff is unable to identify the remaining Doe Defendants, Plaintiff is unable to serve them

s/ Marc Randazza
Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com
