# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br>CARLOS MANCERA, et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 10CV1823 DMS (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Plaintiff and Defendant John Reszkowski filed a joint motion to dismiss with prejudice Defendant Reszkowski only. (Doc. 29.) The motion is granted. Defendant Reszkowski is dismissed from the above-captioned action with prejudice.

**IT IS SO ORDERED.**

DATED: February 28, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　United States District Judge