# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br>CARLOS MANCERA, et al.,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 10CV1823 DMS (WVG)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE** |

On February 10, 2011, Defendant Heather Lewis filed a motion to dismiss the claims against her in Plaintiff's Complaint. (Doc. 27.) On February 16, 2011, Plaintiff filed a motion to strike Defendant Lewis' motion to dismiss in its entirety. (Doc. 28.) Defendant Lewis filed a stipulation to the relief sought in Plaintiff's motion to strike, which the Court has interpreted as a notice of non-opposition to Plaintiff's motion. (Doc. 31.) The matters are both set for hearing on March 18, 2011. However, the Court finds the matters suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). In light of Defendant Lewis' non-opposition, Plaintiff's motion to strike Defendant Lewis' motion to dismiss is granted without prejudice to Defendant Lewis filing a subsequent motion to dismiss. The motion to dismiss shall be struck from the record.

**IT IS SO ORDERED.**

DATED: February 28, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　United States District Judge