Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1- 3, 5, DOES 7-9, CARLOS MANCERA (formerly Doe 10), DOE 13, JOHN JOHN (formerly Doe 15), DOE 19, DOES 21-22, DOE 24, HEATHER LEWIS (formerly Doe 25); DOES 32-40; FRED MARTINEZ (formerly Doe 41); ADELINE AUGUSTIN (formerly Doe 54); DOE 55,<br><br>Defendants | Case No. 10-CV-1823<br><br>JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF LIBERTY MEDIA HOLDINGS AND DEFENDANT HEATHER LEWIS AND DISMISSAL OF HEATHER LEWIS ONLY |

Plaintiff, Liberty Media Holdings ("Liberty" or "Plaintiff") and Defendant Heather Lewis have reached a settlement of all claims in the instant action.

1.  The Parties both acknowledge that Ms. Lewis herself has committed no wrongdoing. Without Lewis or any other party making an explicit admission of guilt, the parties stipulate that it is more likely than not that someone with authorized access to Ms. Lewis' Internet connection did commit the actions complained of.

2.  In lieu of discovery to ascertain the identity of that person, and rather than engaging in further litigation over the matter, the Parties have agreed to a settlement to relieve Ms. Lewis (and of any other person with authorized access to her Internet connection) from further liability.

3. Those additional parties's identities have been disclosed in a confidential settlement document.

4. Pursuant to the Parties' settlement agreement, and pursuant to Federal Rules of Civil Procedure 41(a), the Parties hereby stipulate to the dismissal with prejudice of Defendant Heather Lewis only.

5. While Lewis is not represented by counsel of record, she has had the assistance of counsel in reviewing this document and all others in this case.

6. The Case shall continue with respect to all other Defendants in the action.

Dated: March 1, 2011

s/ Marc Randazza
Marc Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Dated: 3-2- , 2011

Heather Lewis, Defendant

## CERTIFICATE OF SERVICE

The undersigned does certify that the foregoing document was filed using the Court's CM/ECF system on March 3, 2011. Plaintiff served Heather Lewis personally via email, and her attorney via email. Plaintiff served the other named defendants via U.S. Mail. As Plaintiff is unable to identify the remaining Doe Defendants, Plaintiff is unable to serve them.

s/ Marc Randazza
Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com