Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DOES 2, 3, DOES 7-9, CARLOS MANCERA (formerly Doe 10), DOE 13, JOHN JOHN (formerly Doe 15), DOES 21-22, DOE 24; DOES 32-40; FRED MARTINEZ (formerly Doe 41); ADELINE AUGUSTIN (formerly Doe 54)<br><br>　　　　Defendants | Case No. 10-CV-1823-DMS-WVG<br><br>**NOTICE OF DISMISSAL OF COMPLAINT AS TO DEFENDANT DOES 1, 5, 19, 24, 32, 36, AND 55** |

　　　Plaintiff hereby dismisses Doe 1, 5, 19, 32, 36, and 55 from the instant Action without prejudice.

Additionally, the Plaintiff hereby dismisses Doe 25 from the instant Action with prejudice.

Date: March 7, 2010.

　　　　　　　　　　　　　　　　　　　s/ Marc Randazza
　　　　　　　　　　　　　　　　　　　Marc J. Randazza, SBN 269535
　　　　　　　　　　　　　　　　　　　Randazza Legal Group
　　　　　　　　　　　　　　　　　　　302 Washington Street, Suite 321
　　　　　　　　　　　　　　　　　　　San Diego, CA 92103
　　　　　　　　　　　　　　　　　　　619-866-5975
　　　　　　　　　　　　　　　　　　　619-866-5976 (fax)
　　　　　　　　　　　　　　　　　　　MJR@randazza.com

**CERTIFICATE OF SERVICE**

The undersigned does certify that the foregoing document was filed using the Court's CM/ECF system on March 7, 2011. Plaintiff served the named defendants via U.S. Mail. As Plaintiff is unable to identify the remaining Doe Defendants, Plaintiff is unable to serve them

s/ Marc Randazza
Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com