Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>  Plaintiff,<br><br>  vs.<br><br>DOES 2, 3, DOES 7-9, CARLOS MANCERA (formerly Doe 10), DOE 13, JOHN JOHN (formerly Doe 15), DOES 21-22, DOES 33-35, 37-40; FRED MARTINEZ (formerly Doe 41); ADELINE AUGUSTIN (formerly Doe 54);<br><br>  Defendants | Case No. 10-CV-1823-DMS-WVG<br><br>**NOTICE OF MOTION AND SECOND MOTION FOR ORDER ALLOWING PLAINTIFF LEAVE TO TAKE IMMEDIATE DISCOVERY** |

Plaintiff Liberty Media Holdings respectfully requests that the Court issue an Order granting leave to take immediate discovery. Plaintiff could not obtain stipulation for this motion because Plaintiff cannot identify the Doe Defendants until the requested discovery takes place. Plaintiff seeks this order so that it may obtain the identities of certain Doe Defendants. This Motion is based upon the attached Memorandum of Points and Authorities.

Date: March 7, 2011.

s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
MJR@randazza.com

**CERTIFICATE OF SERVICE**

The undersigned does certify that the foregoing document was filed using the Court's CM/ECF system on March 7, 2011. Plaintiff served the named defendants via U.S. Mail. As Plaintiff is unable to identify the remaining Doe Defendants, Plaintiff is unable to serve them

> s/ Marc Randazza
> Marc J. Randazza, Esq., SBN 269535
> Randazza Legal Group
> 3969 Fourth Avenue, Suite 204 San Diego, CA 92103
> 888-667-1113
> 305-437-7662 fax
> mjr@randazza.com