Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>        Plaintiff,<br><br>    vs.<br><br>DOES 2, 3, DOES 7-9, CARLOS MANCERA (formerly Doe 10), DOE 13, JOHN JOHN (formerly Doe 15), DOES 21-22, DOE 24; DOES 32-40; FRED MARTINEZ (formerly Doe 41); ADELINE AUGUSTIN (formerly Doe 54)<br><br>        Defendants | Case No. 10-CV-1823-DMS-WVG<br><br>**AMENDED NOTICE OF DISMISSAL OF COMPLAINT AS TO DEFENDANT DOES 1, 5, 19, 24, 32, 36, AND 55** |

1.   On March 7, 2011, Plaintiff filed a dismissal of certain Doe Defendants, including Does 1, 5, 19, 32, 36, and 55 in the document title and document text.  ECF No. 36.  These defendants were included correctly in both document title and document text, and dismissed without prejudice.

2.   Additionally, Plaintiff identified in the document title that it was dismissing Doe 24, however, in the body of the dismissal stated that it was dismissing Doe 25 from the instant action with prejudice.  Plaintiff intended to dismiss Doe 24 in the document, thus **the title of the document was correct but a portion of the content was in error**.  Plaintiff hereby corrects the text of the voluntary dismissal (ECF No. 36) in order to dismiss Doe 24 from the action with prejudice, not Doe 25. (Defendant Heather Lewis was substituted in for Doe 25 in Plaintiff's First Amended Complaint (ECF No. 20 ¶ 36), and has already been dismissed (ECF No. 35)).

| | |
|---|---|
| 1 | Date: March 8, 2010. |
| 2 | s/ Marc Randazza |
| | Marc J. Randazza, SBN 269535 |
| 3 | Randazza Legal Group |
| | 302 Washington Street, Suite 321 |
| 4 | San Diego, CA 92103 |
| | 619-866-5975 |
| 5 | 619-866-5976 (fax) |
| | MJR@randazza.com |

2
Amended Dismissal of Doe Defendants

**CERTIFICATE OF SERVICE**

The undersigned does certify that the foregoing document was filed using the Court's CM/ECF system on March 8, 2011. Plaintiff served the named defendants via U.S. Mail. As Plaintiff is unable to identify the remaining Doe Defendants, Plaintiff is unable to serve them

s/ Marc Randazza
Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com

Amended Notice of dismissal of Does.docx