# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>                                    Plaintiff,<br>   vs.<br>CARLOS MANCERA, et al.,<br><br>                                    Defendants. | CASE NO. 10CV1823 DMS (WVG)<br><br>**ORDER DENYING MOTION FOR CLARIFICIATION** |

On February 10, 2011, Defendant Heather Lewis filed a motion to dismiss the claims against her in Plaintiff's Complaint. (Doc. 27.) On February 16, 2011, Plaintiff filed a motion to strike Defendant Lewis' motion to dismiss in its entirety. (Doc. 28.) Defendant Lewis filed a stipulation to the relief sought in Plaintiff's motion to strike, which the Court interpreted as a notice of non-opposition to Plaintiff's motion. (Doc. 31.) On February 28, 2011, the Court issued an Order granting Plaintiff's motion to strike. (Doc. 33.) Pending before the Court is Defendant's motion for clarification of that Order, requesting the Court to issue a warning regarding ghost writing. (Doc. 34.) The motion is denied.

**IT IS SO ORDERED.**

DATED: March 9, 2011

_____
HON. DANA M. SABRAW
United States District Judge