Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>DOES 2, 3, DOES 7-9, CARLOS MANCERA (formerly Doe 10), DOE 13, JOHN JOHN (formerly Doe 15), DOES 21-22, DOES 33-35, DOES 37-40; FRED MARTINEZ (formerly Doe 41); ADELINE AUGUSTIN (formerly Doe 54);<br><br>Defendants | Case No. 10-CV-1823-DMS-WVG<br><br>**NOTICE OF MOTION AND FOURTH MOTION FOR ORDER ALLOWING PLAINTIFF LEAVE TO TAKE IMMEDIATE DISCOVERY** |

Plaintiff Liberty Media Holdings respectfully requests that the Court issue an Order granting leave to take immediate discovery. Plaintiff could not obtain stipulation for this motion because Plaintiff cannot identify the Doe Defendants until the requested discovery takes place. Plaintiff seeks this order so that it may obtain the identities of certain Doe Defendants. This Motion is based upon the attached Memorandum of Points and Authorities.

Date: April 5, 2011.

                                                s/ Marc Randazza
                                                Marc J. Randazza, SBN 269535
                                                Randazza Legal Group
                                                3969 Fourth Ave, Suite 204
                                                San Diego, CA 92103
                                                888-667-1114
                                                305-437-7662 (fax)
                                                MJR@randazza.com

## CERTIFICATE OF SERVICE

The undersigned does certify that the foregoing document was filed using the Court's CM/ECF system on April 5, 2011. The foregoing document was sent via UPS as follows:

Deven and Kathy Pedeaux
31743 Tickfaw Acres Rd
Albany, LA 70744

George Schmidt
628 Julia St., Apt. F
New Orleans, LA 70130

                                                                                s/ Marc Randazza
                                                                                Marc J. Randazza, Esq., SBN 269535
                                                                                Randazza Legal Group
                                                                                3969 Fourth Avenue, Suite 204
                                                                                San Diego, CA 92103
                                                                                888-667-1113
                                                                                305-437-7662 fax
                                                                                mjr@randazza.com