Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
302 Washington Street, Suite 321
San Diego, CA 92103
619-866-5975
619-866-5976 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>DOES 2, 3, DOES 7-9, CARLOS MANCERA (formerly Doe 10), DOE 13, JOHN JOHN (formerly Doe 15), DOES 21-22, DOES 33-35, 37-40; ADELINE AUGUSTIN (formerly Doe 54),<br><br>Defendants | Case No. 10-CV-1823-DMS-WVG<br><br>**NOTICE OF DISMISSAL OF DEFENDANTS FRED MARTINEZ, DOE 8, AND DOE 22 WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Liberty Media Holdings gives notice that Plaintiff voluntarily dismisses defendants Fred Martinez, Doe 8, and Doe 22 from this action with prejudice.

Date: May 4, 2011.

                                                s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
302 Washington Street, Suite 321
San Diego, CA 92103
619-866-5975
619-866-5976 (fax)
MJR@randazza.com

**CERTIFICATE OF SERVICE**

The undersigned does certify that the foregoing document was filed using the Court's CM/ECF system on May 4, 2011. The foregoing document was served on Fred Martinez via U.S. Mail, on Doe 8 via his attorney, and on Doe 22 via U.S. Mail.

        s/ Marc Randazza
        Marc J. Randazza, Esq., SBN 269535
        Randazza Legal Group
        3969 Fourth Avenue, Suite 204
        San Diego, CA 92103
        888-667-1113
        305-437-7662 fax
        mjr@randazza.com