Marc J. Randazza, Esq., CA Bar No. 269535
Randazza Legal Group
6525 Warm Springs Rd., Suite 100
Las Vegas, NV 89118
888-667-1113
619-866-5976 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 10-CV-1823-DMS-WVG |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| DOES 2-3; DOE 7; DOE 9; CARLOS MANCERA (formerly Doe 10); DOE 11; DOES 13-18; DOE 21; DOE 24; DOES 28-29; DOES 33-35; DOES 37-40; DOE 42; DOES 45-49; DOE 53; ADELINE AUGUSTIN (formerly Doe 54); DOE 58 | |
| Defendants | |

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses all remaining Defendants (Does 2-3, Doe 7, Doe 9, Carlos Manerca (formerly Doe 10), Doe 13, Does 15-18, Doe 21, Doe 24, Does 28-29, Does 33-35, Does 37-40, Doe 42, Doe 49, Adeline Augustin (formerly Doe 54), and Doe 58) without prejudice.

Date: November 15, 2011.

                                        *s/ Marc Randazza*
                                        Marc J. Randazza, CA Bar No. 269535
                                        Randazza Legal Group
                                        6525 Warm Springs Rd., Ste. 100
                                        Las Vegas, NV 89118
                                        888-667-1113
                                        619-866-5976 (fax)
                                        MJR@randazza.com

**CERTIFICATE OF SERVICE**

The undersigned does certify that the foregoing document was filed using the Court's CM/ECF system on November 15, 2011. As Plaintiff is unable to identify the remaining Doe Defendants, Plaintiff is unable to serve them.

Dated: November 15, 2011.

                                        _s/EED_
                                        Erika Dillon
                                        Liberty Media Holdings, LLC
                                        4262 Blue Diamond Rd., Ste. 102-377
                                        Las Vegas, NV 89139
                                        erika@libertymediaholdings.com